UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER DOLCE, SHINAIDE
MCALEAVEY-POLLEY, and SARAH ECKE,

                Plaintiffs,                JUDGMENT
v.                                   24-CV-00622 (HG)

CONNETQUOT CENTRAL SCHOOL DISTRICT,
CONNETQUOT BOARD OF EDUCATION,
LYNDA G. ADAMS, REZA KOLAHIFAR,
JACLYN NAPOLITANOFURNO, LEE KENNEDY,
MICHAEL MORAN,

                Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on April 9, 2025, granting Defendants' motion to dismiss, see ECF No. 26; dismissing Plaintiffs' claims under federal law with prejudice; declining to exercise supplemental jurisdiction over Plaintiffs' state law claims; and dismissing those claims without prejudice; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss, see ECF No. 26, is granted; that Plaintiffs' claims under federal law are dismissed with prejudice; that the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims; and that those claims are dismissed without prejudice.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       April 10, 2025                                          Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk